Wells Fargo Bank, N.A. v Newhouse (2023 NY Slip Op 05938)

Wells Fargo Bank, N.A. v Newhouse

2023 NY Slip Op 05938

Decided on November 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 17, 2023

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, AND OGDEN, JJ. (Filed Nov. 17, 2023.) 

MOTION NO. (67/23) CA 21-01624.

[*1]WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-CPI, ASSET-BACKED CERTIFICATES, SERIES 2007-CPI, PLAINTIFF-APPELLANT,
v
RODNEY C. NEWHOUSE, DEFENDANT-RESPONDENT, ET AL., DEFENDANTS.

MEMORANDUM AND ORDER Motion for reargument or leave to appeal to the Court of Appeals denied.